# Court of Appeals
# of the State of Georgia

ATLANTA,  July 24, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1873.  LAURIE SEVILLE v. PAUL G. MANNELLINO.**

The appeal in this case was docketed on April 15, 2019, making the appellant's briefs and enumerations of error due on May 6, 2019. See Court of Appeals Rule 23 (a). Appellant was given notice of these facts. See Court of Appeals Rule 13. After appellant failed to file a brief by May 6, this Court issued an order on May 8, 2019, requiring appellant to file her brief no later than May 28, 2019. That order further provided that appellant's failure to file a brief by May 28 would result in the dismissal of this appeal.

On May 13, 2019, appellant attempted to file an enumeration of errors and brief, but this filing was returned because appellant attached exhibits to her brief in violation of Court of Appeals Rule 24 (g).

As of the date of this order, the appellant's enumeration of errors and brief still have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rules 7, 23 (a).

Nothing in this order shall preclude the appellant from filing a timely motion for reconsideration and seeking reinstatement of the appeal.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, 07/24/2019*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

   *Stephen E. Castlen* *, Clerk.*